# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 AUG 22 AM 10: 25

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JONATHAN BARTLEY BLANKENSHIP [11],<br><br>                  Defendant. | CASE NO. 11cr2652-BTM<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) and 846; 21:853 - Conspiracy to Distribute Methamphetamine and Cocaine; Criminal Forfeiture(2)

21:841(a)(1); 18:2; 21:853 - Possession of Methamphetamine and Cocaine with Intent to Distribute; Aiding and Abetting; Criminal Forfeiture(3)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/20/12

Barry Ted Moskowitz
U.S. District Judge